UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TIAN FENG CHUN                                                    PETITIONER

VERSUS                                         CIVIL ACTION NO. 5:26-CV-287-DCB-RPM

RAFAEL VERGARA                                                   RESPONDENT

## ORDER REQUIRING STATUS UPDATE

This matter is before the Court *sua sponte*.  On March 4, 2026, Petitioner Tian Feng Chun filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention pending removal.  At the time the petition was filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in Natchez, Mississippi.  However, according to ICE's Online Detainee Locator System, it appears Petitioner is no longer at the Adams County Correctional Center or in ICE custody.[1]  Therefore, the Court directs Respondent to respond to this Order and provide a status update.

IT IS THEREFORE ORDERED that, on or before **August 14, 2026**, Respondent shall file a response to this Order and provide a status update addressing the following: (1) whether Petitioner is currently in ICE custody and, if so, where; and (2) if Petitioner is no longer in ICE custody, whether Petitioner's habeas petition is now moot.

SO ORDERED AND ADJUDGED, this the 30th day of July 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's search involved inputting Petitioner's "A-Number" and "Country of Birth."  The Court is also aware that ICE's Online Detainer Locater System does not always guarantee accurate information.